IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WADE WISEMAN                                                                PLAINTIFF

v.                          No. 3:24-cv-161-DPM

DEPUY SYNTHES PRODUCTS, INC.
and JOHNSON & JOHNSON                                               DEFENDANTS

ORDER

    Wiseman filed his complaint more than ninety days ago. No answer or Rule 12 motion has been filed. Summons issued; but the docket is silent about service. Wiseman must file proof of service, or move to reopen and extend the service period for good cause shown, by 31 December 2024. If he doesn't, the Court will dismiss the complaint without prejudice. Fed. R. Civ. P. 4(m).

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 December 2024