IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WADE WISEMAN                                                                      PLAINTIFF

v.                            No. 3:24-cv-161-DPM

DEPUY SYNTHES PRODUCTS, INC.
and JOHNSON & JOHNSON                                                 DEFENDANTS

## ORDER

1. Certificate of service, *Doc. 8*, appreciated.

2. Unopposed motion, *Doc. 3*, granted as modified. Wiseman's complaint fails to allege enough facts to state a claim against Johnson & Johnson, Depuy's parent. *Epps v. Stewart Information Services Corp.*, 327 F.3d 642, 649 (8th Cir. 2003). The modification: This dismissal is without prejudice because Wiseman may be able to allege specific facts showing Johnson & Johnson's involvement or responsibility.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 January 2025