IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WADE WISEMAN                                                    PLAINTIFF

v.                                  No. 3:24-cv-161-DPM

DEPUY SYNTHES PRODUCTS, INC.                      DEFENDANTS

## ORDER

Joint status report, *Doc. 20*, appreciated.  The Court grants the joint motion, *Doc. 19*, and adopts the parties' proposed deadlines.  The Final Scheduling Order, *Doc. 13*, is amended for good cause.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2026