**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**WADE WISEMAN** **PLAINTIFF**

**v.** **No. 3:24-cv-161-DPM**

**DEPUY SYNTHES PRODUCTS, INC.
and JOHNSON & JOHNSON** **DEFENDANTS**

# JUDGMENT

Wiseman's claims against Johnson & Johnson are dismissed without prejudice. His claims against Depuy Synthes Products are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

7/31/2026